# Fifth District Court of Appeal
## State of Florida
_____

Case No. 5D23-2174
LT Case No. 2021-CF-002216-A
_____

Esek Hashim Taylor,

    Appellant,

    v.

State of Florida,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Lake County.
G. Richard Singletary, Judge.

Esek Hashim Taylor, Chipley, pro se.

No Appearance for Appellee.

December 5, 2023

Per Curiam.

    Affirmed.

Jay, Harris, and Boatwright, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---